ACCEPTED
01-09-00843-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/11/2015 10:50:17 AM
CHRISTOPHER PRINE
CLERK



## State Counsel for Offenders

### A Division of Texas Department of Criminal Justice

P.O. Box 4005
Huntsville, TX  77342-4005
(936) 437-5203

RECEIVED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/11/2015 10:50:17 AM

CHRISTOPHER A. PRINE
Clerk

December 11, 2015

Christopher A. Prine, Clerk
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

RE:  David William Ponce-Rivera v. The State of Texas
     Appeal Cause No. 01-09-00843-CR

Dear Mr. Prine:

Please allow our office to check out the Clerk's Record that was filed in your office on January 6, 2010 and the Reporter's Record that was filed in your office on November 18, 2009. Thank you in advance for your courtesies. Please contact me if you have any questions or concerns.

Thank you,

Lisa M. Moss
Legal Assistant II
Appellate Section
State Counsel for Offenders
Phone: 936/437-5241
Fax: 936/437-5279
Email: lisa.m.moss@tdcj.texas.gov